AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

McALLEN DIVISION

DEC 26 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Agustin Jorge Figueroa-Garcia

**CRIMINAL COMPLAINT**

Case Number:   M-19-3160-M

IAE   YOB: 1985
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 24, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Agustin Jorge Figueroa-Garcia was encountered by Border Patrol Agents near Hidalgo, Texas on December 24, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 24, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on December 21, 2018, through Laredo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On November 9, 2017 the defendant was convicted of 8 USC 1326 Being Found in the United States After Previous Deportation and sentenced to twenty one (21) months confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Complaint authorized by AUSA Amy L. Greenbaum 12/26/19
*Amy J. Greenba*

Signature of Complainant

Sworn to before me and subscribed in my presence,

December 26, 2019    8:31 am
Date

**Jose Diaz**
Printed Name of Complainant

Peter E. Ormsby    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer